■ In the Matter of the Estate of HELMUT M. ROSENHAIN, Deceased. GABRIELE HAMMERSTEIN, Appellant; IRENE TANNEN et al., as Executrices of FREDERICK M. ALBERTI, Deceased, Respondents; LEE R. PEARLMAN, Intervenor-Respondent.—Appeal from an order of the Surrogate's Court of Delaware County (Estes, S.), entered September 18, 1989, which denied petitioner's motion to disqualify the Surrogate and partially granted intervenor's cross motion to limit the issues to be considered at a hearing on petitioner's application to vacate a decree of judicial settlement.

Order affirmed, with costs, upon the opinion of Surrogate Robert L. Estes. Kane, J. P., Casey, Mikoll, Yesawich, Jr., and Levine, JJ., concur.